# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1547

_____

Cornelius Moore,

          Appellant,

v.

Gregory L. Sims; Unknown Wilhelm,
Lt.; Luke Wilke; City of Lincoln
Police Department; Beverly Hawk;
Cornhusker Place Detoxification
Center; City of Lincoln, Nebraska,

          Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska
\*
\*   [UNPUBLISHED]
\*
\*
\*
\*
\*

_____

Submitted: June 23, 2004
Filed: July 14, 2005

_____

Before BYE, McMILLIAN and RILEY, Circuit Judges.

_____

PER CURIAM.

Cornelius Moore, a Nebraska inmate, appeals from the final judgment entered in the District Court[1] for the District of Nebraska denying Moore's third Fed. R. Civ. P. 60(b)(6) motion. Having thoroughly reviewed the record, we conclude that the

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

district court did not abuse its discretion in denying the motion. It was not filed within a reasonable time, it presented arguments that could have been raised in a timely appeal from the underlying judgment, and it also presented arguments that had been previously rejected by the district court. See Swope v. Siegel-Robert, Inc., 243 F.3d 486, 498 (8th Cir.) (Rule 60(b) movant must demonstrate exceptional circumstances to obtain relief; denial of motion reviewed for abuse of discretion), cert. denied, 534 U.S. 887 (2001).

Accordingly, we affirm. See 8th Cir. R. 47A(a). We deny Moore's motion for production of the record.

————————————————